# INVOICE
**No.**



**Invoice Address**
Northcliffe Ocean Shipping & Trading Inc
207 MARINA DR
SAINT SIMONS ISLAND GA  31522-2243
USA

**Date**
01/04/2016
**Customer PO No.**
Written
**Customer Number**
647757

**Project**
8/UMP142001.POC01
All Cranes

Kalmar  USA Inc.
415 E Dundee Street
Ottawa KS  66067
USA
**Company Contact**
Elizabeth Walker
Tel: +18438498793
Fax: +1785-242-8863
beth.walker@kalmarglobal.com
**Customer Contact**
Accounts Payable

**Delivery Address**
Northcliffe Ocean Shipping & Trading Inc
207 MARINA DR
SAINT SIMONS ISLAND GA  31522-2243
USA

**Payment Terms**
14 Days Net
**Delivery Terms**
DAT .
**Our Reference**
90979807
**Other References**
283857

**Due Date**
02/03/2016
**Document Currency**
USD

| Line | Reference | Description | Qty | Total |
|---|---|---|---|---|
| 10 | PROJECT | Relocate Navy Whirley Crane invoice for additional cost overruns | 1  PC. | 960,053.00 |
|  |  | See attached breakdown |  |  |
|  |  | **Total Value** |  | 960,053.00 |
|  |  | **Federal Excise Tax** |  | 0.00 |
|  |  | **Total Value Inc Tax** |  | 960,053.00 |

**Total Order Amount 969,000.00 USD**

*Please include payment reference number 1515006362 when paying,*
or provide payment advice to paymentadvices@cargotec.com.

**Remit To**
Kalmar USA Inc.
1521 Solutions Center
Chicago IL  60677-1005
USA

**Tel** +1-785-242-2200
**Fax** +1-785-242-8573
**EIN No**

**Bank reference**  PNC Bank N.A.
**Account number** 1021520405
**Account Name** Kalmar USA Inc.
**BIC/SWIFT**  PNCCUS33
**Fedwire/ACH routing Number** 043000096

| Date | Description | | Amount |
|---|---|---|---|
| 10/14/2014 | Dock Loading Calculations for NNSY and TRF | | $ 48,600.00 |
| 10/21/2014 | Evaluate Alternate Load-out Options due to Mooring Island off Berth 22 | | $ 4,000.00 |
| 10/27/2014 | Pass Gate Office/Gate/Truck Inspection Delays at NNSY | | |
| 10/27/2014 | | Kalmar Labor 7X$125X45 | $ 39,375.00 |
| 10/27/2014 | | Kalmar-Supervisor 1X$85X45 | $ 3,825.00 |
| 10/27/2014 | | Nordholm Personnel 1X$85X45 | $ 3,825.00 |
| 10/27/2014 | | Nordholm Personnel 2X$85X27 | $ 4,590.00 |
| 10/29/2014 | Cost to change sailing date for Tug/Barge | | $112,500.00 |
| 11/3/2014 | NNSY Requirements for Pad Eye/Welding Engineering Calculations | | |
| | | Kalmar and Nordholm Labor | $ 28,215.00 |
| | | Kalmar & Nordholm Equipment | $ 18,396.00 |
| 11/3/2014 | Additional Engineering Costs to for field construction "JIG" | | $ 15,537.00 |
| 11/3/2014 | Additional Labor & Materials to complete securing crane counter weight | | |
| | | BMG Metals Flat Bar | $ 865.00 |
| | | BMG Metals Cut Angle Iron | $ 310.00 |
| | | Norfolk Machine & Welding Labor | $ 1,217.00 |
| | | Norfolk Machine & Welding Labor | $ 2,155.00 |
| 11/3/2014 | Marine Surveyor's Requirement to cut beam flanges on Barge | | |
| | | Nordholm Equipment Rental | $155,190.00 |
| | | Kalmar Personnel | $135,320.00 |
| | | Nordholm Personnel | $ 52,020.00 |
| | | Kalmar Equipment | $ 64,549.00 |
| 11/16/2014 | Tug and Barge denied access to Berth 21 | | $ 2,387.00 |
| 12/29/2014 | TRF Badging Process takes 1 Day | | |
| | | Kalmar & Nordholm Personnel | $ 11,700.00 |
| | | Local Labor | $ 1,530.00 |
| | | Kalmar Equipment | $ 2,890.00 |
| | | Nordholm Equipment Rental | $ 5,542.00 |
| 1/10/2015 | NOSAT stands down Kalmar and Nordholm work until 1/19/15 | | |
| | | Nordholm Equipment Rental | $155,190.00 |
| | | Kalmar Equipment | $ 80,920.00 |
| 1/26/2015 | Kalmar personnel stopped work for NNSY Crane Inspection | | $ 9,405.00 |

**Total Invoice** **$960,053.00**